UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KATIUSKA CAROLINA PIRELA-ALTAMAR,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.
_____/

Case No. 1:26-cv-388

Honorable Jane M. Beckering

## ORDER

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the petition, response, and reply and orders as follows:

Any removal of Petitioner from the district is stayed pending the resolution of this case to preserve the Court's jurisdiction.

**IT IS SO ORDERED**.

Dated:   February 19, 2026          /s/ Jane M. Beckering
                                                    Jane M. Beckering
                                                    United States District Judge